UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RAMON ESPINOZA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CANYON COUNTY,<br><br>Defendant. | Case No. 1:19-cv-00192-BLW<br><br>MEMORANDUM DECISION AND ORDER |

## INTRODUCTION

Before the Court is Plaintiff Ramon Espinoza Rodriguez's Application to Proceed In Forma Pauperis (Dkt. 2). Because plaintiff's application shows he is capable of paying the $400 filing fee without compromising his ability to provide for himself and his family, the motion will be denied.

## DISCUSSION

A person who decides to file a lawsuit in federal district court must pay a $400 filing fee. *See* 28 U.S.C. § 1914 (providing statutory fee of $350); Dist. Ct. Fees – Dist. Of Idaho (showing a $400 civil filing fee as of September 1, 2018).[1] District courts have

---

[1] The fee schedule is available at this website:
https://www.id.uscourts.gov/Content_Fetcher/index.cfml/District_Filing_Fees_950.pdf?Content_ID=950
(last visited July 9, 2019).

discretion to grant plaintiffs IFP status, and if they do so, the lawsuit proceeds without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(1). While a plaintiff need not be absolutely destitute to qualify for IFP status, *Adkins v. E.I. Dupont de Nemours*, 335 U.S. 331, 339 (1948), the fact that financing his own litigation may cause some difficulty is not sufficient to relieve a plaintiff of the obligation to pay his own way if it's possible to do so without undue hardship. *See id.*

Here, plaintiff reports that he earns $4,000 per month, or "about $3,400" after taxes. *IFP App.,* Dkt. 2, at 5. Against that $3,400, plaintiff reports monthly expenses of $3,878. Because of the $478 monthly shortfall, plaintiff says he cannot afford to pay the $400 filing fee.

The Court disagrees. As a starting point, plaintiff's $48,000 annual earnings place him above the poverty level for a family of five, which is set at $30,170. *See IFP App.*, Dkt. 2 , at 5 (plaintiff reports four persons who rely on him for support); *Annual Update of the HHS Poverty Guidelines,* 84 Fed. Reg. 1167-02 (Feb. 1, 2019). Although a person's earnings as compared to the poverty line is not the deciding factor on an IFP application, the comparison does provide some context. Further, plaintiff discloses a few monthly expenses that appear relatively generous and that could be reduced to allow him to afford the fee. These include: $300 per month for clothing; $150 per month for "laundry and dry-cleaning;" and $100 per month for "Recreation, entertainment, newspapers, magazines, etc." *See IFP App.*, Dkt. 2, at 4. Plaintiff also reports that he is financing two vehicles at a cost of $794 per month. *Id.* (reporting a $427 monthly

payment for a "truck loan" plus a $367 "Car payment").

Given plaintiff's financial situation, the Court finds he is capable of paying the filing fee and will therefore deny the IFP application.

## ORDER

**IT IS ORDERED** that Plaintiff's In Forma Pauperis Application (Dkt. 2) is **DENIED.** Plaintiff must pay the $400 filing fee within 30 days of this Order. Failure to do so will result in automatic dismissal of this action.

DATED: July 23, 2019

_____
B. Lynn Winmill
U.S. District Court Judge